DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL RAPPEL,**
as trustee of the
**CRAIG M. RAPPEL REVOCABLE LIVING TRUST**
Appellant,

v.

**ZACHARY ROTHMAN**,
as Successor Personal Representative of the
**ESTATE OF KENNETH A. WRIGHT** and
**ENGLISH OAK INVESTMENTS, INC.,**
Appellees.

No. 4D2023-2850

[March 5, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet Carney Croom, Judge; L.T. Case No. 312023CA000180.

Mark D. Tinker and Brandon J. Tyler of Cole, Scott, & Kissane, P.A., Tampa, for appellant.

Steven J. Rothman and Lucia DeFilippo of Jones Foster, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***